

United States District Court
Eastern District of California

| Francisco Bastardo Brito | |
|---|---|

Plaintiff(s)

Case Number: | 1:26-cv-01219-TLN-EFB (HC) |

V.

| Christopher Chestnut, Warden, California City Detention Center, et al., | |
|---|---|

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Meredith Hoffman _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Petitioner Francisco Bastardo Brito

On 09/15/2022 _____ (date), I was admitted to practice and presently in good standing in the

Supreme Court of Texas _____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: 02/12/2026 _____   Signature of Applicant: /s/ Meredith Hoffman _____

**Pro Hac Vice Attorney**

Applicant's Name: Meredith Hoffman

Law Firm Name: Casa Marianella

Address: 821 Gunter Street

City: Austin    State: Texas    Zip: 78702

Phone Number w/Area Code: (251) 605-5754

City and State of Residence: Austin, Texas

Primary E-mail Address: mhoffman@casamarianella.org

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Lori B. Schoenberg

Law Firm Name: Law Offices of Lori B. Schoenberg

Address: 611 Wilshire Boulevard, Suite 1006

City: Los Angeles    State: CA    Zip: 90017

Phone Number w/Area Code: (858) 922-6721    Bar # 212972

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February  13, 2026

JUDGE, U.S. DISTRICT COURT